Brenda K. Martin, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LEI Machining, LLC, | Case No.:  2:16-bk-07089-BKM |
| Debtor. | **ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SETTING DEADLINES** |
| | Hearing Date:    April 5, 2017 |
| | Hearing Time:    1:30 p.m. |
| | Location:        230 N. 1st Ave., Rm. 701 |
| | Phoenix, AZ 85003 |

A Disclosure Statement dated December 19, 2016 (the "Disclosure Statement") having been filed by the Debtor LEI Machining LLC, referring to a Plan of Reorganization of the same date (the "Plan"); and

It having been conditionally determined that the Disclosure Statement contains adequate information;

*It Is Ordered, and Notice is Given That*:

1.  The Disclosure Statement dated December 19, 2016 filed by the Debtor is conditionally approved pursuant to Rule 3017.1 of the Federal Rules of Bankruptcy Procedure.

2.  March 29, 2017 is fixed as the last day for filing ballots.

3.  Within five days after the entry of this order, the Plan, Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Rules 3017(d) and 3017.1 of the Federal Rules of Bankruptcy Procedure.

4.   On April 5, 2017 at 1:30 p.m. the court will conduct a hearing on confirmation of the Plan and for the hearing on final approval of the Disclosure Statement if a timely objection is filed.

5.   March 29, 2017  is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1).

6.   March 29, 2017 is fixed as the last day for filing and serving objections to the Disclosure Statement pursuant to Rule 3017.1(c)(2) of the Federal Rules of Bankruptcy Procedure.

7.   Pursuant to Local Rule 3018-1(c), no later than 3 business days before the hearing on the confirmation of the Plan, the Debtor shall file a ballot report setting forth the results of the voting by class.

*Dated and Signed Above*